UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NANCY J. DOLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  1:17 CV 100 ACL |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

On November 6, 2018, the Plaintiff, Nancy J. Doll, *pro* se, and Defendant, United States of America, by and through its attorney, Nicholas P. Llewellyn, Assistant United States Attorney, filed a Stipulation of Voluntary Dismissal With Prejudice (Doc. 33), in which they stipulate that as a result of the settlement reached between the parties, Plaintiff hereby voluntarily dismisses the above-referenced matter, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).  All parties to bear their own costs.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice**.  Each party shall bear their own costs.

Dated this 6th day of November, 2018.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE